■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BURGESS MATTHEWS, JR., Appellant. (Appeal No. 2.) [38 NYS3d 464]—Appeal from a resentence of the Monroe County Court (John J. Connell, J.), rendered May 9, 2008. Defendant was resentenced upon his conviction of course of sexual conduct against a child in the first degree.

It is hereby ordered that said appeal is unanimously dismissed.

Same memorandum as in *People v Matthews* ([appeal No. 1] 142 AD3d 1354 [2016]). Present—Whalen, P.J., Smith, NeMoyer, Curran and Scudder, JJ.